IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. PD-1789-09





PETE MARIN, III, Appellant



v.



THE STATE OF TEXAS





ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW


FROM THE FIRST COURT OF APPEALS

FORT BEND COUNTY




 Per curiam. KEASLER and HERVEY, JJ., dissent.



ORDER


 The petition for discretionary review violates Rule of Appellate Procedure 68.5,
because the petition exceeds 15 pages. 

 The petition is struck. See Rule of Appellate Procedure 68.6.

 The petitioner may redraw the petition. The redrawn petition and copies must be
filed in the COURT OF CRIMINAL APPEALS within thirty days after the date of this
order.


Filed: February 10, 2010 

Do Not Publish